CHARLES W. BARKER et al., Respondents, *v.* ELIAS H. SEAMAN, Appellant.

(Argued September 19, 1874; decided January term, 1875.)

THE complaint in this action alleged, in substance, that defendant made and delivered to one Briggs his draft or order directed to Henry Havilland requesting the latter " to settle" with Briggs or order for one set single harness and one set double harness, amounting to $200; that Briggs indorsed and transferred the draft or order to plaintiffs, who presented it to Havilland " for settlement" and requested

him to settle for the harness, amounting to $200, and pay the sum therefor, which he refused to do ; that the draft or order and said sum remain unpaid and due from defendant to plaintiffs.   Defendant demurred on the ground that the complaint did not state facts constituting a cause of action. The demurrer was, on plaintiffs' motion, overruled as frivolous.   *Held*, no error; that the sum specified in the order was an ascertained debt, and the word " settle " meant pay. (*Nat. Bk.* v. *Norton*, 1 Hill, 572, 576.)

*F. J. Fithian* for the appellant.

*Charles Norwood, Jr.*, for the respondents.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.